1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                           No. 2:25-cv-00885-WBS-CSK

     IN RE:  STEVEN WAYNE BONILLA
12                                           No. 2:25-cv-00886-WBS-CSK

13                                           No. 2:25-cv-00924-WBS-CSK

14                                           No. 2:25-cv-01041-WBS-CSK

15                                           No. 2:25-cv-01060-WBS-CSK

16

17

18

19                                           ORDER

20

21

22        Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

23   above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

24   litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

25   proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

26   Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

27   13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of

28   the Court to open a new case for each attempted new pleading and assign it to the Court for

                                             1

1   review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's

2   Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

3          The Court has reviewed the complaints/petitions filed in the above-captioned cases and

4   finds they are related to Plaintiff's Alameda County criminal conviction.

5          Accordingly, IT IS HEREBY ORDERED that 2:25-cv-00885, 2:25-cv-00886, 2:25-cv-

6   00924, 2:25-cv-01041 and 2:25-cv-01060 are DISMISSED; the Clerk of the Court is directed to

7   close these cases.  No further filings will be accepted.

8   Dated:  May 2, 2025

9                                          WILLIAM B. SHUBB
                                           UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2